[S. F. No. 15041.  In Bank.—May 28, 1934.]

HAROLD P. BALLF, Petitioner, v. BAR EXAMINERS OF THE STATE BAR, Respondents.

[S. F. No. 15040.  In Bank.—May 28, 1934.]

HARRY A. BALLF, Petitioner, v. BAR EXAMINERS OF THE STATE BAR, Respondents.

[S. F. No. 15058.  In Bank.—May 28, 1934.]

JOHN R. ASHER, Petitioner, v. BAR EXAMINERS OF THE STATE BAR, Respondents.

[L. A. No. 14567.  In Bank.—May 28, 1934.]

CHARLES EMMETT GERETY, Petitioner, v. BAR EXAMINERS OF THE STATE BAR, Respondents.

[S. F. No. 15118.  In Bank.—May 28, 1934.]

In re Application of J. A. BRIED for Admission to Practice Law.